UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

BARTO P. BENJAMIN,            )
                              )
    Plaintiff,            )
                              )
v.                            )   Case No. CV413-088
                              )
SNF HOLDING COMPANY,          )
                              )
    Defendant.            )

## ORDER

Plaintiff Barto P. Benjamin, and defendant SNF Holding Company, have each submitted a Fed. R. Civ. P. 26(f) report. Docs. 16 & 17. The federal and local rules, as well as the Court's initial order, require the parties to develop a proposed discovery plan and submit a *single* written report outlining the proposed plan. Fed. R. Civ. P. 26(f) (directing the parties to submit "a written report" outlining a proposed discovery plan); L.R. 26.1(b) (directing the parties to submit "a written report outlining their proposed discovery plan"); doc. 2 (Order directing the parties to submit "a written report conforming to the language and format of the Rule 26(f) Report attached to this Order outlining their discovery plan."). The standard form for Rule 26(f) reports utilized in this district -- included as an appendix to the local rules and attached to the General

Order which the Court enters upon the filing of all civil cases -- contemplates that the parties will not always be able to agree fully as to all aspects of discovery and, where this occurs, directs the parties to set out their opposing positions in *that one document.* The purpose of the rules and this Court's standard form is to avoid the very problem the parties have created here by the filing of competing reports -- i.e., forcing the Court to read and do a page-by-page comparison of two different 26(f) reports in order to determine where there is agreement and where there are disputes among the parties. The purpose of a single written report is to avoid this burden and crystallize any disputes in one document. Attorneys who practice in this district have long been familiar with the Court's policy of requiring **joint** status reports and proposed pretrial orders. Thus, the requirement of a joint and consolidated Rule 26(f) report came as no surprise to most lawyers when that rule was first implemented, although the attorneys in this case evidently did not get the message. The parties are therefore **DIRECTED** to prepare and sign a consolidated Rule 26(f) report within 7 days of the date of this Order.

**SO ORDERED** this ___3rd___ day of June, 2013.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA